619 A.2d 1061

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Ralph David ARENT, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 21, 1992.

Decided Feb. 17, 1993.

Sanford S. Finder, Finder, Allison & Graham, Washington, for appellant.

John C. Pettit, Dist. Atty., Michael J. Fagella, Asst. Dist. Atty., Washington, for appellee.

Before NIX, C.J., and LARSEN FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.